# UNITED STATES DISTRICT COURT

for the

District of Columbia ☑

Civil Division

|  |  |  |
|---|---|---|
| Omar Medina Alejandro | ) | Case: 1:22-cv-00544 |
| | ) | Assigned To : Unassigned |
| | ) | Assign. Date : 2/28/2022 |
| | ) | Description: Pro Se Gen. Civ. (F-DECK) |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| The president of the United States: Joe Biden | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | RECEIVED |
| *Defendant(s)* | ) | Mail Room |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | FEB 2 8 2022 |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | | Angela D. Caesar, Clerk of Court |
| | | U.S District Court, District of Columbia |

## COMPLAINT FOR A CIVIL CASE

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Omar Medina Alejandro |
| Street Address | 354 3/4 West Sepulveda Street |
| City and County | San Pedro, Los Angeles |
| State and Zip Code | CA, 90731 |
| Telephone Number | 562.208.0266 |
| E-mail Address | heartattacknot@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joe Biden Joseph |
| Job or Title *(if known)* | The President of the United States |
| Street Address | 1600 Pennsylvania Avenue, Noth West |
| City and County | District of Columbia |
| State and Zip Code | Washington, 20500 |
| Telephone Number | 202.456.1111 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question               [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I am having images of EL CHAPO's son raping me at a hospital that I recently visited for my medical needs. The President was notified more than enough time about peopel raping my privacy at home and harassing me at home by describing images to me that I dont want to think about. I am recovering at hoem from serious stomach issues that my stomach issued could lead to death. I'm not having it.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*                                        , is a citizen of the

State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*                                        , is incorporated

under the laws of the State of *(name)*                                        ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*                                        , is a citizen of

the State of *(name)*                                        . Or is a citizen of

*(foreign nation)*

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* , and has its

principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:
50 Million USD

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

People, that violate my privacy at home, are discribing images to me of I getting rape. People are telling me that I was raped by one of EL CHAPO's son. I dont know if I was raped or not at the hospital I visited a couple of days ago, but I am very upset and stressed out. I'm not sexual therefore, it is not me that is thinking about I getting rape by another person. I have the right to refrain from having sex. People keep bothering at home by committing "treason" by harassing me at home by raping my 4th. The President of the United States has the power to make sure I am safe from harms way, especially those that rape my privacy at home. and especially when the US president has been informed more than enough times for him( Joe Biden) to know what is happening.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

50 M USD: near death. I dont bother sick people at the hospital or when sick people are at home. I dont deprive others of doing legal business here in the United States. These same people that are getting in my business, try to force me to pay "street tax" to do legal business here in the US, but these same people, that try to "illegally tax" me, dont bother persons from other countries that do legal business here in the United States. Instead, these people that rape my privacy at home, are like carnivores. I was once 18 years old in this country. What is going on here. What are these people, in this country, that are doing this to me? Near death experince today, I seek 50 M USD. \* see page ID: 2173B for my injuries I am recovering from,

_X_   ID: 21738

# AFTER VISIT SUMMARY

 **Providence**

**Omar Medina**  DoB: 7/6/1986
📅 2/22/2022  📍 PROVIDENCE LCOM SAN PEDRO EMERGENCY CENTER 310-514-5354

## Instructions

**1.  A doctors name and number or clinic is listed. We try our best to make it correct, however, your insurance may require you to go to a clinic in their network so you may need to call them first.  If the doctor we listed in incorrect, call your insurance company for assignment of a primary care provider.**

**2.  You may return here at any time to be re-evaluated if you are not feeling better, feeling worse, or cannot get in to see your doctor in a timely fashion.**

**3. I suggest continue to take ibuprofen and Norco just at nighttime. I will call you if there is any discrepancy in the x-rays.**

### Your medications have changed

➡ START taking:
HYDROcodone-acetaminophen (NORCO)

Review your updated medication list below.

### Pick up these medications at CVS/ pharmacy #9122 - San Pedro, CA - 700 S. Gaffey

HYDROcodone-acetaminophen

Address: 700 S. Gaffey, San Pedro CA 90731
Phone:   310-514-2709

## Today's Visit

You were seen by Brian D. Fong, MD

### Reason for Visit
- Abdominal Pain
- Jaw Pain

### Diagnoses
- Contusion of jaw, initial encounter
- Rib contusion, left, initial encounter

### 📖 Imaging Tests
XR Chest 2 Vws
XR Mandible 4 + Vw

 Blood Pressure
**142/91**

 Temperature (Oral)
**98.6 °F**

 Pulse
**101**

 Respiration
**20**

Oxygen Saturation
**97%**

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/22/2022          7:35 PM PST

Signature of Plaintiff          X _OM_

Printed Name of Plaintiff          Omar Medina Alejandro

### B.    For Attorneys

Date of signing:          _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address